IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10346
Conference Calendar

_____


LAMAR GLASS,

Plaintiff-Appellant,


versus


BAYLOR COLLEGE OF DENTISTRY,

Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CV-2229-H
- - - - - - - - - -
December 10, 1996
Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Lamar Glass has presented only conclusional allegations to support his claims of discrimination on the basis of race and disability. Having twice afforded Glass the opportunity to amend his complaint, the district court did not err by dismissing the complaint for failure to state a claim for relief. Fernandez-Montes v. Allied Pilots Ass'n, 987 F.2d 278, 284 (5th Cir. 1993); FED. R. CIV. P. 12(b)(6). Glass's motion for appointment of counsel is DENIED.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.  MOTION DENIED.